UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

AKAI KIIZBAEV,

        Petitioner,                  Case No. 1:26-cv-362

v.                                        Honorable Jane M. Beckering

ROBERT LYNCH et al.,

        Respondents.

_____/

## ORDER

This is a habeas corpus action brought by an individual detained by the United States Immigration and Customs Enforcement (ICE) at the North Lake Processing Center in Baldwin, Lake County, Michigan. In his § 2241 petition, Petitioner asks the Court to, *inter alia*, issue a writ of habeas corpus ordering Respondents to release Petitioner or, in the alternative, provide Petitioner with a bond hearing where the government bears the burden of proof by clear and convincing evidence that Petitioner is a flight risk or danger to the community. (Pet., ECF No. 1, PageID.16.) He alleges that "Respondents have continued to detain him following a bond hearing where the burden of proof was unlawfully shifted to Petitioner to prove that he is not a danger or flight risk" (*id.*, PageID.2) and has attached to his petition the November 20, 2025, order of the immigration judge which states that bond is denied because Petitioner "is ineligible for bond." (Order of the Immigration Judge, ECF No. 1-8, PageID.27.)

In an Order entered on February 6, 2026, the Court directed Respondents to show cause, within three business days, why the writ of habeas corpus and other relief requested by Petitioner

should not be granted. (Order, ECF No. 6.) Respondents filed their response on February 11, 2026. (ECF No. 7), and Petitioner filed his reply on February 16, 2026, (ECF No. 8).

The Court has reviewed the petition, response, and reply, and orders that, on or before the third business day after entry of this Order, Respondents shall file transcripts or, if transcripts are not available, recordings, of the November 20, 2025, hearing before the immigration judge.

**IT IS SO ORDERED.**


Dated:     March 2, 2026                               /s/ Jane M. Beckering
                                                                       Jane M. Beckering
                                                                       United States District Judge